IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 3:23-CR-128 |
| V. | ) | JUDGES VARLAN/MCCOOK |
| | ) | |
| ALEXANDER GLENN ROSS AND | ) | |
| JAMES T. MARKEY | ) | |

**MR. MARKEY'S REPLY TO GOVERNMENT'S SUPPLEMENTAL RESPONSE TO MOTION TO SEVER [Doc. 64]**

Defendant Markey has no objection to the Government's suggestion to hold the motion in abeyance until the deadline for motions *in limine* because of the likelihood that this motion will become moot.[1]

Respectfully submitted this 3d day of August, 2024, by:

/s/ WADE V. DAVIES
Wade V. Davies, BPR # 016052
RITCHIE, DAVIES, JOHNSON & STOVALL, P.C.
606 W. Main Street, Suite 300
Knoxville, TN 37902
Telephone: (865) 637-0661
Email: wdavies@rdjs.law

*Counsel for James Markey*

---

[1] Pursuant to this Court's Order [Doc. 65], this Reply should have been filed on Friday August 2, 2024. Mr. Markey's counsel respectfully moves the Court to accept the Reply one day out of time and apologizes to the Court.