# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-CR-128 |
| | ) | |
| ALEXANDER ROSS., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DETENTION
## PENDING HEARING PURSUANT TO THE BAIL REFORM ACT

On Wednesday, September 11, 2024, Defendant appeared before the undersigned on a Petition for Action on Conditions of Pretrial Release. An Assistant United States Attorney was present representing the Government. Retained counsel was present on behalf of Defendant. The Government moved for revocation and detention of Defendant under the Bail Reform Act, 18 U.S.C. § 3148.

Defendant moved to continue the bond revocation hearing. The bond revocation hearing is set for **Wednesday, September 25, 2024** at **2:00 PM**. For good cause shown, the date of this hearing complies with the procedural timing requirements set forth in 18 U.S.C. § 3142(f).

Under 18 U.S.C. § 3142, Defendant shall be **DETAINED** for the duration of the continuance. Accordingly, Defendant shall be held in custody by the United States Marshal until the detention hearing is held and the United States Marshal shall produce Defendant for the detention hearing.

The Court directs that Defendant be committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**                                   ENTER:

_____
Jill E. McCook
United States Magistrate Judge