

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case No: 3:23-CR-128    Date: October 21, 2024

United States of America     vs.     Alexander Glenn Ross

**PROCEEDINGS: Change of Plea.** The defendant was sworn and advised of their constitutional rights and of the penalties of the offense charged.

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

| Julie Norwood | Kara Nagorny | Katelyn Smith |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

Suzanne Sullivan                                           Troy Bowlin
**Asst. U.S. Attorney**                              **Attorney for Defendant**

- Defendant waives reading of Indictment
- Defendant Pleads guilty to count(s) 3
- Referred for Presentence Investigative Report.

DATE SET:   **Sentencing:** February 11, 2025 @ 2:00 p.m.
**Before** the Honorable Thomas A. Varlan, United States District Judge

- Oral motion for release pending sentencing is denied.
- The defendant to remain in the custody of the U.S. Marshal

2:37 p.m. to 3:00 p.m.