UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-CR-128-TAV-JEM-1 |
| | ) | |
| ALEXANDER GLENN ROSS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF ORDER OF FORFEITURE
## FOR MONEY JUDGMENT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, in compliance with ECF Rule 4.9, hereby moves the Court for entry of an Order of Forfeiture for Money Judgment pursuant to Federal Rule of Criminal Procedure 32.2(c)(1), which provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment." Because no ancillary proceeding is required, it is appropriate to enter an order of forfeiture at this time, which will become final as to the Defendant at the time of sentencing.

A proposed Order of Forfeiture for Money Judgment is submitted herewith.

                                          Respectfully submitted,

                                          FRANCIS M. HAMILTON III
                                          United States Attorney

                    By:    *s/Suzanne Sullivan*
                            SUZANNE SULLIVAN
                            Assistant United States Attorney
                            NY Bar No. 3027208
                            800 Market Street, Suite 211
                            Knoxville, Tennessee 37902
                            suzanne.sullivan@usdoj.gov
                            (865) 545-4167